# SENTENCING MINUTES

| | |
|---|---|
| Date: 03/30/2021 | Judge: LIAM O'GRADY |
| | Reporter: S. Wallace |
| | Time: 10:14 a.m. – 10:25 a.m. |
| | 10:50 a.m. – 11:32 a.m. |
| | (00:53   ) |
| | Case Number: 1:20cr158 |

UNITED STATES OF AMERICA                    Counsel/Govt: Edward P. Sullivan

v.

**Diane D. Sturgis**

Counsel/Deft:  Michael T. van der Veen
Jeffrey D. Zimmerman

The Defense counsel has 3 Objections to PSR:  (1) the two-level enhancement for an offense involving more than one bribe, (2) the six-level enhancement for a loss of at least $40,000, (3) the four-level enhancement for an offense involving a public official in a high-level position – OVERRULED.

Court adopts PSI ( **X** )        without exceptions ( **X** )        with exceptions:

**SENTENCING GUIDELINES:**
Offense Level:  23 → 21
Criminal History:  I
Imprisonment Range:  46 to 57 months → 37 to 46
Supervised Release Range:  1 to 3 years
Fine Range: $20,000 to $200,000
Restitution $45,000
Special Assessment $100

Court departs from Guidelines pursuant to:
__ USSG 5H1.4
__ USSG 5K1.1
__ USSG 5K2.12
__ USSG 5C1.2
                          Other: _____

**JUDGMENT OF THE COURT:**
BOP for 24 months
Supervised Release for 2 Years, with special conditions:     ( **X** ) Yes     (   ) No
Fine Imposed of $10,000 due immediately or per direction of USPO.
Restitution of $45,000 due immediately/ monthly installments of $200.00 to begin w/in 60 days of release from custody
Special Assessment $100

- Restitution Order entered in open Court.

**SPECIAL CONDITIONS**:

1) The defendant shall participate in mental health counseling and treatment at the direction of the probation officer and waive all confidentiality in connection with mental health in order to allow the probation officer to have direct contact with and exchange of information with her mental health providers.

2) The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.

3) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation

officer.

4) The defendant shall provide the probation officer access to any requested financial information.

5) The defendant is ordered to pay restitution in the amount of $45,000.00, due and payable immediately. In the event an unpaid balance remains at the time of his release, the defendant is ordered to pay the restitution in equal monthly installments of $200, said payments to begin within 60 days of his release and continuing until paid in full.

---

**RECOMMENDATIONS to BOP**:

| | |
|---|---|
| X | Dft. To be designated to: Ft. Dix or Danbury |
| | Dft. designated to facility to participate in ICC (Boot Camp) type program |
| | Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP) |
| X | Other: Self Surrender – Defendant not to be designated to BOP before 90 days of todays date (06/28/2021) |

---

Deft: ( ) Remanded     ( **X** ) Cont'd on Bond to Self-Surrender     ( ) Referred to USPO     ( ) Immediate Deportation